# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JASON BROWN,
    Plaintiff,

v.

COURT OF COMMON PLEAS
FOR DELAWARE COUNTY,
    Defendant.

FILED
JUL 30 2018
KATE BARKMAN, Clerk
By_____, Dep. Clerk

CIVIL ACTION NO. 18-CV-3043

## ORDER

AND NOW, this 24th day of July, 2018, upon consideration of Plaintiff Jason Brown's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. Brown's Complaint is **DISMISSED** in accordance with the Court's Memorandum. Brown's claims against the Court of Common Pleas for Delaware County are **DISMISSED with prejudice**. To the extent Brown raises claims challenging his conviction, those claims are **DISMISSED without prejudice** to Brown's right to reassert those claims in a new lawsuit in the event that his conviction and sentence are invalidated in the future. Brown may not file an amended complaint in this matter.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
**PETRESE B. TUCKER, J.**